# JEFFERSON CAPITAL SYSTEMS, LLC
16 McLeland Road
St. Cloud, MN  56303

May 5, 2016

United States Bankruptcy Court
Southern District of Florida
229 East Broadway Blvd., Room 112
Fort Lauderdale, FL  33301

RE: Case #: 09-18054
Consumer: HERNAN PULIDO
Reference #: 2946892683
Claim #:              3

Jefferson Capital Systems, LLC's payment processor has changed. As it concerns the above named case, please update your records to reflect our new payment address:

Jefferson Capital Systems, LLC
PO Box 772813
Chicago, IL  60677-2813

Possible Previous Payment Addresses:

PO Box 953185, St. Louis, MO 63195-3185
PO Box 23051, Columbus, GA 31902
16 McLeland Rd., St. Cloud, MN  56303

**Please note that our noticing address has not changed.**

Notice Address: PO Box 7999, St. Cloud, MN 56302-9617

If you have any questions or require additional information to update our address, please don't hesitate to contact us at Tel: 1-800-928-7314; Fax (320)229-8583; or email us at: Bankruptcy@Jcap.com

Thank you for your assistance.

Sincerely,


/s/ Lucky Sithiphong